UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
IN THE MATTER OF THE             )
TAX INDEBTEDNESS OF              )   MBD NO.
WILLIAM H. SHAUGHNESSY,          )
                                 )
_____)
```

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the petitioner, United States of America, in the above-captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: *Karen A. Smith* (by BAS)
     KAREN A. SMITH
     Trial Attorney, Tax Division
     U.S. Department of Justice
     Post Office Box 55
     Ben Franklin Station
     Washington, DC  20044
     (202) 307-6588

Dated: 12/30/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
IN THE MATTER OF THE          )
TAX INDEBTEDNESS OF           )    MBD NO.
WILLIAM H. SHAUGHNESSY,       )
                              )
_____)
```

### NOTICE OF APPEARANCE

Please enter the undersigned as local counsel for purposes of notification of filings, for the plaintiff, United States of America, in the above-captioned matter. Attorney Karen A. Smith will remain as lead counsel for the plaintiff.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
     BARBARA HEALY SMITH
     Assistant U.S. Attorney
     United States Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA 02210
     Tel. No. (617) 748-3282
     Fax No.  (617) 748-3971

Dated: December 30, 2004