UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the
Tax Indebtedness of William H. Shaughnessy

MBD
~~Civil No.~~ 04-10364

### NOTICE AND ORDER TO SHOW CAUSE

You, William H. Shaughnessy, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 14 Osgood St., Andover, MA 01810 ("Property") in order to sell your interest to satisfy part or all of your unpaid income tax liabilities for the taxable years ending December 31, 1995, 1996, 1998, 1999, 2001, and 2002 in the amounts specified in the attached Declaration of Frank Centrella and attachments thereto, plus interest and penalties according to law.

This Court has examined the Petition of the United States and accompanying Declaration, and it is hereby ORDERED that you have 25 days from the date of this Order to file with the Clerk of the Court a written **OBJECTION TO PETITION**. Any written **OBJECTION TO PETITION** should demonstrate either that:

A.   Your liability has been satisfied; OR

B.   You have other assets from which the unpaid tax liabilities can be satisfied; OR

C.   Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

-1-

It is FURTHER ORDERED that if you file a written **OBJECTION TO PETITION** with the Clerk of Court, then the Court will hold a hearing, at which you must appear on, feb 8 , 2005 , at 2:30 a.m./p.m., at the United States Courthouse, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, in the courtroom of the undersigned, to consider your obligations.

It Is FURTHER ORDERED that, in addition to filing your **OBJECTION TO PETITION** with the Clerk of the Court, you must also mail a copy of your **OBJECTION TO PETITION** to the attorneys for the United States, Karen A. Smith, United States Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044 and Michael J. Sullivan, Esquire, United States Attorney, District of Massachusetts, One Courthouse Way, U.S. Courthouse, Suite 9200, Boston, Massachusetts 02210 on or before the filing date.

**If you do not file an OBJECTION TO PETITION within 25 days of service of this order, or if you file an OBJECTION TO PETITION but fail to appear before the Court as instructed, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 14 OSGOOD ST., ANDOVER, MA, 01810.**

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon WILLIAM H. SHAUGHNESSY, within 5 days of the date of this Order, by the United States Marshal or

any deputy U.S. Marshal, or any Revenue Officer or by leaving a copy at William H. Shaughnessy's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedures.

Dated this _7th_ day of _January_, 20_05_.

_____
UNITED STATES DISTRICT JUDGE

[SEAL]         _____
               CLERK