UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -1  A 8: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF WILLIAM H. SHAUGHNESSY, | ) ) ) ) ) ) ) MBD No. 04-MC-10365-RCL |

### AFFIDAVIT OF SERVICE

I, James Dietzel, Revenue Officer/Agent of the Internal Revenue Service, do hereby certify that on January 22, 2005, I served copies of the Notice and Order to Show Cause; Petition for Judicial Approval of Levy Upon Principal Residence; Declaration in Support of Petition for Judicial Approval of Levy Upon Principal Residence; Notice of Appearance by Karen A. Smith; and Notice of Appearance by Barbara Healy Smith, upon the said, WILLIAM H. SHAUGHNESSY at his place of residence, 14 Osgood Street, Andover, Massachusetts, BY:

_____  HAND

__X__  David Shaughnessy_____, A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING IN DEFENDANT'S USUAL PLACE OF

_____  LEAVING AT LAST AND USUAL PLACE OF ABODE (after ___ attempts of personal service)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF JANUARY, 2005

_____
Revenue Officer / Agent of
Internal Revenue Service