FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS       2005 FEB 15 P 12: 32

MBD No. 1:04-mc-10364-RCL
U.S. DISTRICT COURT
DISTRICT OF MASS.

)
In the Matter of the Tax Indebtedness  )
of William H. Shaughnessy              )
                                       )

## OBJECTION TO PETITION

Now comes your respondent and hereby files his objection to the petition.

As grounds therefore, your respondent respectfully submits the following.

And further answering, by way of objection, the tax liability has been partially satisfied, and that no tax levy should be undertaken because the respondent can more effectively satisfy unpaid tax liabilities through a re-mortgage and/or use of a reverse mortgage program (for which he was approved).

And further answering, the respondent respectfully submits that the matter has been in the hands of a tax consultant, J.K. Harris, for many months, who is expected to reach a reasonable adjustment in this matter.

_____
William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810