UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Tax Indebtedness of William H. Shaughnessy. | ) Civil No. 1:04-MC-10364-RCL<br>) Judge Lindsay<br>)<br>) |

NOTICE OF APPEARANCE

Please enter my appearance as lead counsel for the petitioner, United States of America, in the above-captioned matter.

Dated: April 26, 2005

UNITED STATES OF AMERICA
(Department Of The Treasury,
Internal Revenue Service),
Petitioner

By: /s/ Henry J. Riordan
HENRY J. RIORDAN (bbo #548579)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Tel. No.: (202) 307-1120
Fax No.: (202) 514-5238
E-Mail: henry.j.riordan@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the District Court using the EM/ECF system, which sent notification of such filing to the following:

    None.

Parties may access this filing through the Court's system.

    And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

    William H. Shaughnessy
    14 Osgood Street
    Andover, MA 01810


    /s/ Henry J. Riordan
    Henry J. Riordan
    Trial Attorney, Tax Division