UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____
In the Matter of the Tax         )    Civil No. 1:04-MC-10364-RCL
Indebtedness of                  )    Judge Lindsay
William H. Shaughnessy.          )
                                 )
_____)

<u>NOTICE THAT SHOW CAUSE HEARING</u>
<u>HAS BEEN RE-SCHEDULED</u>

PLEASE TAKE NOTICE that the Show Cause Hearing, previously scheduled for May 17, 2005, has been moved to Monday, May 16, 2005, at 2:30 o'clock p.m.

Dated: April 26, 2005           UNITED STATES OF AMERICA
                                (Department Of The Treasury,
                                Internal Revenue Service),
                                Petitioner

                         By:    /s/ Henry J. Riordan
                                HENRY J. RIORDAN (bbo #548579)
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 55
                                Ben Franklin Station
                                Washington, D.C.  20044
                                Tel. No.: (202) 307-1120
                                Fax No.: (202) 514-5238
                                E-Mail: henry.j.riordan@usdoj.gov

-1-

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 26, 2005, I electronically filed the foregoing with the Clerk of the District Court using the EM/ECF system, which sent notification of such filing to the following:

   None.

Parties may access this filing through the Court's system.

     And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

   William H. Shaughnessy
   14 Osgood Street
   Andover, MA 01810


        <u>/s/ Henry J. Riordan</u>
        Henry J. Riordan
        Trial Attorney, Tax Division