UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

|  |  |
|---|---|
| In the Matter of the Tax Indebtedness of William H. Shaughnessy | ) ) ) ) |

## MOTION TO PROHIBIT USE OF 26 U.S.C., SECTION 6334 TO CIRCUMVENT TAX COLLECTION LAW

Now comes the Respondent and respectfully moves this Honorable Court as follows:

1. The Internal Revenue Service (IRS) is using 26 USC, Section 6334 as a basis for its suit. (See attached complaint)

2. 26 USC, Section 6334 is used in a discriminatory fashion against the Respondent because <u>in all other collection matters</u>, IRS must comply with 26 USC, Section 6330, et. seq., as amended.

WHEREFORE, the Respondent respectfully moves this Honorable Court to prohibit the use 26 USC, Section 6334, so as to circumvent the tax collection law, and circumvent statutory protection contained in 26 USC, Section 6330, et. seq.

Respectfully submitted,

_____
William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the Tax
Indebtedness of William H. Shaughnessy

Civil No. _____

## PETITION FOR JUDICIAL APPROVAL OF
## LEVY UPON PRINCIPAL RESIDENCE

The United States, by its attorneys, and upon the accompanying Declaration, petitions this Court for an order approving an administrative levy by the Internal Revenue Service upon a principal residence. In support of this petition, the United States submits the accompanying Declaration and asserts as follows:

1. This proceeding is brought, and the Court's jurisdiction arises, pursuant to section 1340, 28 U.S.C., and sections 6334(e)(1) and 7402(a) of the Internal Revenue Code (26 U.S.C.) ("Code").

2. Code section 6334, as is pertinent here, exempts from administrative levy by the Internal Revenue Service property used as the principal residence of the taxpayer (within the meaning of Code section 121 ("Property"), unless such levy is to satisfy a liability which exceeds $5,000, and is approved, in writing, by a United States District Court Judge or Magistrate Judge. See 26 U.S.C. §§ 6334(a)(13) and 6334(e)(1).

3. To obtain approval from the Court, the United States must demonstrate that:

    a. the liability is owed,

    b. the requirements of any applicable law or administrative procedure relevant to the levy have been met, and,