UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness )
of William H. Shaughnessy )

## CERTIFICATE OF SERVICE

I, William H. Shaughnessy, hereby certify that a copy of the foregoing has been served upon the following, via Federal Express on this 2nd day of ~~April~~ 30, 2005:
May

Henry J. Riordan, Esq.
Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810