FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-mc-10364 RCL

In the Matter of the Tax Indebtedness   )
of William H. Shaughnessy               )

## MOTION FOR JUDGMENT ON THE PLEADINGS

Now comes the respondent and respectfully moves this Honorable Court for judgment on the pleadings, pursuant to Rule 12(C) F.R.C.P. for the following reasons:

1. The gravamen of the complaint of the IRS relies on 26 USC Section 6334 for the statutory authorization of this levy and distraint action.

2. Section 6334 has never been the statutory authorization for this type of levy and distraint action.

3. A complete review of all the annotated cases in 26 U.S.C. Section 6334 demonstrate that Section 6334 is not statutory authorization for this type of action.

4. 26 USC Section 6330, et. seq., as amended by the IRS Restructure and Reform Act of 1998, as

amended, is the only statutory authority for levy and distraint actions.

WHEREFORE, the respondent respectfully moves this Honorable Court to allow the respondent's motion for judgment on the pleadings, based on the complaint relying on 26 USC Section 6334.

Respectfully submitted,

William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810

2