IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 05-10928-RCL |
| ) | |
| WILLIAM H. SHAUGHNESSY, ) | |
| ) | |
| Respondent. ) | |

UNITED STATES' SUBSTITUTE NOTICE OF APPEARANCE

Please enter the appearance of Stephen J. Turanchik, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, DC 20044, as the substitute for Henry Riordan as counsel for the United States.

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Stephen J. Turanchik
    _____
    STEPHEN J. TURANCHIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing United States' Substitute Notice of Appearance has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 10th day of May, 2005:

> William H. Shaughnessy
> 14 Osgood Street
> Andover, MA 01810

> /s/ Stephen J. Turanchik
> _____
> STEPHEN J. TURANCHIK
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55, Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 307-6565