UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10928-RCL

In the Matter of the Tax Indebtedness     )
of William H. Shaughnessy                 )

**MOTION TO PROHIBIT DISCRIMINATORY PROSECUTION**
**UNDER THE PROPOSED AMENDMENT TO 26 USC SECTION 6334**

Now comes the Respondent and respectfully submits to this Honorable Court as follows:

The respondent is being prosecuted under the proposed amendment Section 6334 (see attached amendment to 26 USC Section 6334) proposed on August 19, 2003.

1. No other cases have been prosecuted under the present 26 USC Section 6334;

2. No other case has been selectively prosecuted under the proposed amendment to Section 6334; and

3. The correct procedure is laid out in 26 USC Section 6330, et. seq., as amended.

WHEREFORE, the respondent respectfully moves this Honorable Court to prohibit discriminatory prosecution under proposed 26 USC Section 6334, and allow the respondent to the statutory protection(s) afforded by 26 USC Section 6330, et. seq., as amended.

                Respectfully submitted

                _____
                William H. Shaughnessy, pro se
                14 Osgood Street
                Andover, MA 01810