IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 05-10928-RCL |
| | ) | |
| WILLIAM H. SHAUGHNESSY, | ) | |
| | ) | |
| Respondent. | ) | |

UNITED STATES' OPPOSITION TO RESPONDENT'S MOTIONS

The United States of America, opposes the following motions filed by Respondent on May 2, 2005: Motion to Stay Proceedings (Docket No. 14), Motion to Compel Exhaustion of Administrative Remedies (Docket No. 15), Motion to Prohibit Use of 26 U.S.C. §6334 to Circumvent Tax Collection Law (Docket No. 16), Motion to Prohibit Discriminatory Prosecution Under 26 U.S.C. §6334 (Docket No. 17), and Motion to Dimiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Docket No. 18).  On May 6, 2005, the Respondent filed a Motion for Judgment on the Pleadings (Docket No. 22).  On May 9, 2005, the Respondent filed MOTION to Prohibit Retroactive Enforcement of Proposed Regulation (Docket No. 26), and a Motion to Prohibit Discriminatory Prosecution Under the Proposed Amendment to 26 U.S.C. §6334 (Docket No. 28).

On March 2, 2005, a Show Cause Hearing was held. At that hearing the Court stated that the Respondent had to raise any arguments on that date (March 2, 2005) or the arguments would be waived.  The Respondent did not raise any of the arguments addressed in docket entries 14 - 18, 22, 26, and 28 at the March 2, 2005 hearing.  Therefore, those arguments have been waived and each of the motions must be denied.

- 2 -

Furthermore, the Court ordered William Shaughnessy to pay the Internal Revenue Service $220,000 within 75 days.  Seventy-five days from March 2, 2005 is Monday, May 16, 2005.  To date, Shaughnessy has not paid the $220,000, and in fact, has incurred an additional liability for his 2003 federal income tax liability.

Because Shaughnessy's arguments have been waived, his motions filed on May 2, May 6, and May 9, 2005 must be denied.

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                /s/ Stephen J. Turanchik
                                                _____
                                                STEPHEN J. TURANCHIK
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 55
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Opposition to Respondent's Motions has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 12th day of May, 2005:

    William H. Shaughnessy
    14 Osgood Street
    Andover, MA 01810

    /s/ Stephen J. Turanchik
    _____
    STEPHEN J. TURANCHIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6565