IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 05-10928-RCL |
| ) | |
| WILLIAM H. SHAUGHNESSY, ) | |
| ) | |
| Respondent. ) | |

SUPPLEMENTAL DECLARATION OF FRANK CENTRELLA
IN SUPPORT OF PETITION

I, Frank Centrella, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a duly commissioned Revenue Officer of the Collection Division of the Internal Revenue Service, with a post of duty in Stoneham, Massachusetts.

2. In my capacity as a Revenue Officer, I am assigned to collect the unpaid income tax liabilities of William H. Shaughnessy for the years ending December 31, 1995, 1996, 1998, 1999, 2001, and 2002.

3. On October 5, 2000, a Final Notice, Notice of Intent to Levy, was mailed by me to William H. Shaughnessy for the tax periods 1995, 1996, 1997, 1998, and 1999. A copy is attached as Government Exhibit A.

- 2 -

4. On March 11, 2004, Final Notice, Notice of Intent to Levy, was mailed by me to William H. Shaughnessy for the tax periods 2001, and 2002. A copy is attached as Government Exhibit B.

5. The Notices advised Mr. Shaughnessy of his Collection Due Process Rights.

6. William H. Shaughnessy has not exercised any of his Collection Due Process Rights as a result of receiving the Notices of Intent to Levy.

7. I am not aware of any pending offers in compromise filed by Mr. Shaughnessy.

I declare under penalty of perjury that the foregoing is true and correct.

_____
FRANK CENTRELLA
Revenue Officer

Date:

```
Internal Revenue Service                    Department of the Treasury

1 MONTVALE AVENUE                           Letter Number: 1058(DO)
STONEHAM, MA 02180-3567                     Letter Date: 10/05/2000
                                            Social Security Number:
                                              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

--CERTIFIED MAIL - RETURN RECEIPT           Person to Contact:
WILLIAM H SHAUGHNESSY                         FRANK CENTRELLA
14 OSGOOD ST                                Contact Telephone Number:
ANDOVER, MA 01810-5404                        (781) 835-4232

                                            Employee Identification No.:
                                              04-00588
```

**FINAL NOTICE**
**NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING**
**PLEASE RESPOND IMMEDIATELY**

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We've enclosed Publication 594 with more information, Publication 1660 explaining your right to appeal, and Form 12153 to request a Collection Due Process Hearing with Appeals.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter.

The amount you owe is listed on the following page(s).

Page 1

Letter 1058(DO) (Rev. 1-1999) Cat. No. 40488S



GOVERNMENT EXHIBIT A

Internal Revenue Service                    Department of the Treasury

                                            Letter Number: 1058(DO)

                                            Letter Date: 10/05/2000

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty & Interest | Amount You Owe |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 11695.00 | 0.00 | 11695.00 |
| 1040 | 12/31/1995 | 79678.00 | 5433.77 | 85111.77 |
| 1040 | 12/31/1996 | 82636.14 | 4498.73 | 87134.87 |
| 1040 | 12/31/1997 | 8254.38 | 550.03 | 8804.41 |
| 1040 | 12/31/1998 | 20368.00 | 0.00 | 20368.00 |
|  |  |  | Total: | 213114.05 |

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you.

Enclosures:
Copy of letter
Pub. 594
Pub. 1660
Form 12153

Letter 1058(DO) (Rev. 1-1999) Cat. No. 40488S

Internal Revenue Service
1 MONTVALE AVENUE
STONEHAM, MA 02180-3567

Department of the Treasury

CERTIFIED MAIL - RETURN RECEIPT

WILLIAM H SHAUGHNESSY
14 OSGOOD ST
ANDOVER, MA 01810-5404

Letter Date:
03/11/2004
Social Security or
Employer Identification Number
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
IRS Employee to Contact:
FRANK CENTRELLA
Employee Identification Number:
04-00588
Contact Telephone Number:
(781)835-4232

## FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
*PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We've enclosed Publication 594 with more information, Publication 1660 explaining your right to appeal, and Form 12153 to request a Collection Due Process Hearing with Appeals.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Page 1

Letter 1058 (DO) (Rev. 7-2003)
Catalog Number: 40488S



GOVERNMENT EXHIBIT B

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

FRANK CENTRELLA
REVENUE OFFICER

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | $36304.77 | $0.00 | $382.89 | $36687.66 |
| 1040 | 12/31/2002 | $9453.20 | $198.23 | $92.39 | $9743.82 |
| | | | | Total: | $46431.48 |

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
Form 12153

Page 2

Letter 1058 (DO) (Rev. 7-2003)
Catalog Number: 40488S