UNITED STATES DISTRICT COURT

DISTRICT OF – MASSACHUSETTS

United States of America

    vs.

William H. Shaughnessy          Civil Action, File No. 05-10928-RCL

**AFFIDAVIT OF DEBT**

John D. Carroll, being duly sworn, deposes and says:

1. That he is an Advisor in the Collection Technical Services Group, Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island, and has knowledge of the outstanding tax liabilities of William H. Shaughnessy and is authorized to make this affidavit.

2. That the debtor, William H. Shaughnessy, is liable for unpaid Federal Income Tax for the tax years 1995, 1996, 1998, 1999, 2001, 2002, 2003 in the amount of $235,238.48.

| Tax  | Year | Date Assessed | Assessed Balance $ | Accrued Interest and Penalty $ | Balance Due 08/31/2004 $ |
|------|------|---------------|--------------------|--------------------------------|--------------------------|
| 1040 | 1995 | 09/20/1999    | 9,371.26           | 9,949.61                       | 19,320.87                |
| 1040 | 1996 | 06/26/2000    | 72,556.24          | 24,091.40                      | 96,647.64                |
| 1040 | 1998 | 09/11/2000    | 25,700.43          | 10,210.47                      | 35,910.90                |
| 1040 | 1999 | 09/04/2000    | 12,012.54          | 5,987.37                       | 17,999.91                |
| 1040 | 2001 | 02/04/2004    | 36,314.77          | 6,170.51                       | 42,485.28                |
| 1040 | 2002 | 01/12/2004    | 9,453.20           | 1,942.27                       | 11,395.47                |
| 1040 | 2003 | 05/02/2005    | 11,382.50          | 95.91                          | 11,478.41                |

3. That the total sum of the above outstanding tax and interest pursuant to U.S.C. Section 6332(d)(2) is $235,238.48.

4. That additional interest will accrue after May 31, 2005, at the rate specified by Internal Revenue Code Sections 6621 and 6622.

*John D. Carroll*

John D. Carroll, Advisor
Technical Services
Badge 05-02132

Subscribed and sworn before me this 10th of May 2005.

*[signature]*, Notary Public
My commission expires: 1/16/2006