UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES**

V.                                              CIVIL ACTION NO. **05-10928-RCL**

**WILLIAM H. SHAUGHNESSY**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of May 16, 2005 approving the levy upon principal residence, Judgment is hereby entered as follows: Judgment for the United States dismissing this action.

May 17, 2005                                              /s/ Lisa M. Hourihan
                                                                       Deputy Clerk