UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>v.<br><br>WILLIAM H. SHAUGHNESSY,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)   Civil No. 05-10928-RCL<br>)<br>)<br>)<br>) |

### ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE

This matter having come before the undersigned upon the Petition For Judicial Approval Of Levy Upon Principal Residence and the accompanying declaration and exhibits attached thereto, and the Court, after notice and a hearing, determines that a final judgment shall be entered in the above-captioned case as follows:

(1) That, pursuant to 26 U.S.C. § 6334(e)(1), the Court GRANTS the Petition For Judicial Approval Of Levy Upon Principal Residence;

(2) That the Internal Revenue Service may levy upon the taxpayer William H. Shaughnessy's interest in the property located at 14 Osgood Street, Andover, MA 01810, to satisfy the unpaid tax liabilities of William H. Shaughnessy for the taxable years ending on December 31, 1995, 1996, 1998, 1999, 2001, and 2002, which may be executed by any authorized officer of the Internal Revenue Service;

(3) That the requirements of all applicable laws and administrative procedures relevant to the tax levy have been met, that the liability is owed, and that no reasonable alternative for the collection of the taxpayer's debt exists; and,

(4)   That the Clerk of the Court shall mail a copy of this ORDER to:

>   Stephen J. Turanchik, Esquire
>   U.S. Department of Justice
>   Post Office Box 55
>   Ben Franklin Station
>   Washington, D.C.  20044
>
>   Barbara Healy Smith, Esquire
>   Office of U.S. Attorney
>   1 Courthouse Way, Suite 9200
>   Boston, MA  02210
>
>   William H. Shaughnessy
>   14 Osgood Street
>   Andover, MA 01810

IT IS SO DECREED, ORDERED, AND ADJUDGED:

Dated: 5/16/05

HON. REGINALD C. LINDSAY
U.S. DISTRICT JUDGE