UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>      Petitioner<br><br>v.<br><br>WILLIAM H. SHAUGHNESSY,<br>      Respondent | Civil No. 05-10928-RCL |

NOTICE OF APPEAL

Notice is hereby given that the respondent, William H. Shaughnessy, in the above-named case hereby files his Notice of Appeal to the United States Court of Appeals for the First Circuit from the order and judgment entered in this case on May 16, 2005.

Respectfully submitted

_____
William H. Shaughnessy, pro se
14 Osgood Street
Andover, MA 01810

CERTIFICATE OF SERVICE

I, William H. Shaughnessy, hereby certify that a copy of the foregoing has been served upon the following, via First Class Mail on this 20 day of May, 2005:

Stephen J. Turanchik, Esq.
Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Karen A. Smith, Esq.
Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, MA 20044

_____
William H. Shaughnessy, pro se

2