UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10928

United States of America

v.

William H. Shaughnessy

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/20/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 24, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/25/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10928-RCL

USA v. Shaugnessy
Assigned to: Judge Reginald C. Lindsay

Date Filed: 12/30/2004

**Petitioner**

**USA**　　　represented by　**Barbara Healy Smith**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3969
Email: barbara.h.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry J. Riordan**
US Department of Justice
555 4th Street, NW
Room 7116
Washington, DC 20001
202-307-1120
Fax: 202-514-5238
Email: henry.j.riordan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen J. Turanchik
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
202-307-6565
Fax: 202-514-5238
Email: Stephen.J.Turanchik@usdoj.gov

*LEAD ATTORNEY*

V.

**Respondent**

**William H. Shaughnessy**   represented by   **William H. Shaughnessy**
14 Osgood Street
Andover, MA 01810
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2004 | 1 | MOTION for Judicial Approval of Levy upon Principal Residence by USA. (Attachments: # (1)) (Keefe, Deborah) (Entered: 01/03/2005) |
| 12/30/2004 | 2 | AFFIDAVIT of Frank Centrella in Support re 1 MOTION for Judicial Approval of Levy upon Principal Residence filed by USA. (Keefe, Deborah) (Entered: 01/03/2005) |
| 12/30/2004 | 3 | NOTICE of Appearance by Barbara Healy Smith and Karen Smith on behalf of USA (Keefe, Deborah) (Entered: 01/03/2005) |
| 01/07/2005 | 4 | Judge Reginald C. Lindsay : ORDER entered. ORDER TO SHOW CAUSE Show Cause Hearing set for 2/8/2005 02:30 PM before Judge Reginald C. |

| | | |
|---|---|---|
| | | Lindsay.(Keefe, Deborah) (Entered: 01/14/2005) |
| 01/19/2005 | 5 | Judge Reginald C. Lindsay : Notice and ORDER entered. ORDER TO SHOW CAUSE Show Cause Hearing set for 3/2/2005 02:30 PM before Judge Reginald C. Lindsay.cc/ausa(Catino3, Theresa) (Entered: 01/21/2005) |
| 02/01/2005 | 6 | AFFIDAVIT OF SERVICE Executed by USA. Acknowledgement filed by USA. (Keefe, Deborah) (Entered: 02/07/2005) |
| 02/15/2005 | 7 | ANSWER TO PETITION by William Shaughnessy. (Smith3, Dianne) (Entered: 02/16/2005) |
| 02/15/2005 | 8 | Opposition re 1 MOTION for Judicial Approval of Levy upon Principal Residence filed by William Shaugnessy. (Smith3, Dianne) (Entered: 02/16/2005) |
| 02/15/2005 | 9 | MOTION for Hearing (PRE-TRIAL CONFERENCE) by William Shaugnessy.(Smith3, Dianne) (Entered: 02/16/2005) |
| 02/15/2005 | 10 | MOTION to Continue the matter 90 days by William Shaugnessy.(Smith3, Dianne) (Entered: 02/16/2005) |
| 02/28/2005 | 11 | Opposition re 9 MOTION for Hearing, 10 MOTION to Continue the matter to 90 days filed by USA. (Attachments: # (1) Exhibit Gov. Exh. A)(Riordan, Henry) (Entered: 02/28/2005) |
| 03/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Show Cause Hearing held on 3/2/2005. Defendant to pay the IRS $220K within 75 days. If defendant does not pay, further Show Cause Hearing set for 5/17/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 03/03/2005) |
| 04/26/2005 | | Set/Reset Hearings: Show Cause Hearing reset for 5/16/2005 02:30 PM in Courtroom 11 before Judge |

| | | |
|---|---|---|
| | | Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/26/2005) |
| 04/26/2005 | 12 | NOTICE of Appearance by Henry J. Riordan on behalf of USA (Riordan, Henry) (Entered: 04/26/2005) |
| 04/26/2005 | 13 | NOTICE by USA re 5 Order to Show Cause ; *Hearing Re-Set To May 16, 2005, With Certificate Of Service* (Riordan, Henry) (Entered: 04/26/2005) |
| 05/02/2005 | 14 | MOTION to Stay Proceedings by William Shaugnessy.(Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 15 | MOTION to Compel Exhaustion of Administrative Procedures by William Shaugnessy.(Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 16 | Motion to Prohibit Use of 26 USC 6334 to Circumvent Tax Collection Law by William Shaugnessy. (Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 17 | Motion to Prohibit Discriminatory Prosecution Under 26 USC 6334 by William Shaugnessy.(Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 18 | MOTION to Dismiss Pursuant to Rule 12(b)(6) F.R.C.P. by William Shaugnessy.(Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 19 | Memorandum of Recent Changes in Tax Collection Law by William Shaugnessy. (Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 20 | Request for PreTrial Conference by William Shaugnessy.(Cummings, Mary) (Entered: 05/05/2005) |
| 05/02/2005 | 21 | CERTIFICATE OF SERVICE by William Shaugnessy. (Cummings, Mary) (Entered: 05/05/2005) |
| 05/05/2005 | | Notice to counsel: Contested Miscellaneous Business Docket (MBD) Number 04-10364-RCL has been |

| | | |
|---|---|---|
| | | transferred to the Civil Docket of this Court as Civil Action number 05-10928-RCL and assigned to Judge Reginald C. Lindsay. All further filings should be made in the new civil action. Notice of transfer sent to counsel this date. (Cummings, Mary) (Entered: 05/05/2005) |
| 05/06/2005 | 22 | MOTION for Judgment on the Pleadings filed by William H. Shaughnessy.(Stanhope, Don) (Entered: 05/09/2005) |
| 05/06/2005 | 23 | Summary of Complete Annotations of Section 6334 filed by William H. Shaughnessy. (Stanhope, Don) (Entered: 05/09/2005) |
| 05/06/2005 | 24 | CERTIFICATE OF SERVICE filed by William H. Shaughnessy re 22 MOTION for Judgment on the Pleadings, 23 Summary of Annotations. (Stanhope, Don) (Entered: 05/09/2005) |
| 05/09/2005 | 26 | MOTION to Prohibit Retroactive Enforcement of Proposed Regulation filed by William H. Shaughnessy.(Stanhope, Don) (Entered: 05/11/2005) |
| 05/09/2005 | 27 | MEMORANDUM of Law in Support of 26 MOTION to Prohibit Retroactive Enforcement of Proposed Regulation filed by William H. Shaughnessy. (Stanhope, Don) (Entered: 05/11/2005) |
| 05/09/2005 | 28 | MOTION to Prohibit Discriminatory Prosecution Under the Proposed Amendent to 26 USC Section 6334 filed by William H. Shaughnessy.(Stanhope, Don) (Entered: 05/11/2005) |
| 05/09/2005 | 29 | BRIEF on Discriminatory Prosecution. filed by William H. Shaughnessy (Stanhope, Don) (Entered: 05/11/2005) |
| 05/09/2005 | 30 | CERTIFICATE OF SERVICE filed by William H. Shaughnessy re 26 MOTION to Prohibit Retroactive Enforcement, 27 Memorandum in Support of Motion |

| | | |
|---|---|---|
| | | to Prohibit Retroactive Enforcement, 28 MOTION to Prohibit Discriminatory Prosecution, 29 Brief on Discriminatory Prosecution. (Stanhope, Don) (Entered: 05/11/2005) |
| 05/10/2005 | ●25 | NOTICE of Appearance by Stephen J. Turanchik on behalf of USA (Turanchik, Stephen) (Entered: 05/10/2005) |
| 05/12/2005 | ●31 | Opposition re 17 MOTION Motion to Prohibit Discriminatory Prosecution Under 26 USC 6334, 18 MOTION to Dismiss, 26 MOTION, 14 MOTION to Stay, 15 MOTION to Compel, 28 MOTION, 16 MOTION Motion to Prohibit Use of 26 USC 6334 to Circumvent Tax Collection Law, 22 MOTION for Judgment on the Pleadings filed by USA. (Turanchik, Stephen) (Entered: 05/12/2005) |
| 05/13/2005 | ●32 | DECLARATION re 1 MOTION for Judicial Approval of Levy upon Principal Residence *Supplemental Declaration of Frank Centrella* by USA. (Turanchik, Stephen) (Entered: 05/13/2005) |
| 05/13/2005 | ●33 | DECLARATION *of Debt Owed by William Shaughnessy* by USA. (Turanchik, Stephen) (Entered: 05/13/2005) |
| 05/16/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Show Cause Hearing held on 5/16/2005. Court approves Levy Upon Principal Residence. (Court Reporter L. Marzelli.) (Hourihan, Lisa) (Entered: 05/17/2005) |
| 05/16/2005 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered terminating 9 Motion for Hearing, terminating 10 Motion to Continue, terminating 14 Motion to Stay, terminating 15 Motion to Compel, terminating 16 Motion, terminating 17 Motion, terminating 18 Motion to Dismiss, terminating 20 Motion for Hearing, terminating 22 Motion for Judgment on the |

| | | |
|---|---|---|
| | | Pleadings, terminating 26 Motion, terminating 28 Motion, granting 1 Motion (Hourihan, Lisa) (Entered: 05/17/2005) |
| 05/17/2005 | 34 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of plaintiff against defendant (Hourihan, Lisa) (Entered: 05/17/2005) |
| 05/17/2005 | 35 | Judge Reginald C. Lindsay : ORDER Approving Levy Upon Principal Residence entered. (Hourihan, Lisa) (Entered: 05/17/2005) |
| 05/20/2005 | 36 | NOTICE OF APPEAL filed by William H. Shaughnessy. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/9/2005. (Stanhope, Don) (Entered: 05/23/2005) |