05-10928
USDC-MA
J. Lindsay

# United States Court of Appeals
## For the First Circuit

MANDATE

---

No. 05-1780

UNITED STATES,

Petitioner Appellee,

v.

WILLIAM H. SHAUGHNESSY,

Respondent, Appellant.

---

Before

Torruella, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

---

JUDGMENT

Entered:  June 19, 2006

William H. Shaughnessy appeals the district court's grant of the government's Petition for Judicial Approval of Levy upon Principal Residence.  The levy was sought due to Shaughnessy's undisputed failure to pay six years of income taxes and penalties to the Internal Revenue Service, totaling approximately $165,408.

We review the district court's decision for abuse of discretion.  <u>See</u> <u>Olsen v. United States</u>, 414 F.3d 144, 150 (1st Cir. 2005)(setting forth abuse of discretion standard in analogous situation).  Upon thorough review of the record, we find that the district court did not abuse its discretion here.

Though a principal residence is normally exempt from levy, 26 U.S.C. §6334(a)(13)(B)(I), a taxpayer's "principal residence shall not be exempt from levy if a judge or magistrate of a district court of the United States approves (in writing) the levy of such residence."  26 U.S.C. §6334(e)(1)(A).  Shaughnessy argues that this lawsuit was based on a proposed regulation rather than on

effective law. His contention is incorrect; neither the government's original petition nor the district court's order reflects anything other than the fact that this case was properly initiated and resolved under U.S.C. §6334(a)(13)(B)(I).

Shaughnessy also unpersuasively argues that the district court denied him a hearing on his numerous untimely filed motions. However, the district court gave Shaughnessy ample time to set forth his answer and objections to the petition. Shaughnessy chose not to do so until after the district court clearly warned him his arguments would be waived. This was not an abuse of discretion.

All of Shaughnessy's other arguments regarding the amount of tax liability in question and the procedures undertaken by the government in securing the levy either lack sufficient detail and substance or plainly lack merit.

The district court's order granting the government's Petition for Judicial Approval of Levy upon Principal Residence is <u>affirmed</u>. <u>This appeal is terminated</u>.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/10/06

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
     Chief Deputy Clerk.

[cc: Barbara Healy Smith, AUSA, Henry J. Riordan, Esq., Stephen Turanchik, Esq., Teresa T. Milton, Esq., Jonathan S. Cohen, Esq., William H. Shaughnessy ]